IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00226-M-KS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSHUA D. JUSTICE,

    Defendant.

ORDER

This matter comes before the court on the Federal Bureau of Prisons' request for a fifteen-day extension in which to complete an evaluation of Defendant pursuant to 18 U.S.C. § 4241 [DE 30]. Pursuant to 18 U.S.C. § 4247(b), and for good cause shown, the request is GRANTED. The Bureau of Prisons shall submit its report on or before January 30, 2026.

SO ORDERED this 16th day of January, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE