IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00226-M-KS

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JOSHUA D. JUSTICE,

     Defendant.

ORDER

This matter comes before the court on Defendant's unopposed Motion to Reset Competency Hearing and Request Video Hearing [DE 36]. For good cause shown, the motion is GRANTED. The competency hearing in this case is CONTINUED to March 5, 2026, at 1:30 p.m. and shall be conducted via videoconference technology.

The court has determined that the ends of justice served by granting Defendant's motion outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by granting Defendant's motion shall therefore be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED this ___26th___ day of February, 2026.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE